# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE, | CASE NO: 1:11-cv-01108-LJO-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DAVID STEVIG, et al., | |
| Defendants. | |
| / | Docs. 17, 22 |

On July 6, 2011, Plaintiff Kevin Moore ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging failure to treat his Hepatitis medical condition from 2002 through 2011. Compl. at 8-9, Doc. 1. Defendants were employed at California Men's Colony, San Luis Obispo, Corcoran State Prison, and Pleasant Valley State Prison. *See id.* at 3. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2011, Plaintiff filed a Motion for Preliminary Injunction, against prison officials at Pleasant Valley State Prison. Doc. 17. On May 29, 2012, the Magistrate Judge issued Findings and Recommendations, recommending denying Plaintiff's motion for preliminary injunction, as Plaintiff has been transferred to Deuel Vocational Institution. Doc. 22. Plaintiff has not filed any objections.

//

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 29, 2012, are ADOPTED, in full; and
2. Plaintiff's motion for preliminary injunction, filed September 12, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:     July 9, 2012**                             /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE